```
                                                                    1

 1             IN THE UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF OKLAHOMA

 3

 4  PATRICK PETE STOVER, SHERI LYNN     )
    STOVER,                             )
 5                                      )
           Plaintiffs,                  )
 6                                      )No.
    vs.                                 )CIV-17-1002-HE
 7                                      )
    STATE FARM FIRE & CASUALTY COMPANY, )
 8  a foreign for-profit insurance      )
    corporation,                        )
 9                                      )
           Defendant.                   )
10

11

12

13        VIDEOTAPED DEPOSITION OF MICHAEL BERRYMAN

14          TAKEN ON BEHALF OF THE PLAINTIFFS

15             IN OKLAHOMA CITY, OKLAHOMA

16                ON AUGUST 31, 2018

17

18

19      REPORTED BY:  KAREN B. JOHNSON, CSR

20

21

22

23

24

25
```

EXHIBIT 2

1   part of what happens in estimating.
2       Q    So you said that your company could come
3   in and do the restoration work just being paid for
4   by State Farm and return the Stovers' home to its
5   preloss condition?
6       A    Yes, based -- based on -- now, I guess I
7   need to ask you what -- what time frame, then or now
8   or --
9       Q    Well, let's start with now because you saw
10  it in June of '18, so let's start with June of '18,
11  would you have been able to restore the Stovers'
12  home for the price paid to them by State Farm?
13      A    Well, best way for me to answer that would
14  be to answer that any time a customer asks me at any
15  time, here's -- here's what our insurance company
16  has estimated, can you do this scope of work for
17  this price, that's really what they're asking, and
18  so I look at it and I say yes.  And then I -- I tell
19  them all, because it's part of -- it's part of the
20  operating procedure in our business, then I would
21  say to them, I don't think I've ever had a project
22  that when it got started, there wasn't something
23  that needed to be added to the estimate, either
24  something that was missed, something that was
25  miscalculated, something that's not available.  And

Michael Berryman                                            August 31, 2018

Page 108

1   I tell them, look, there's going to be supplemental
2   estimates in this.
3           So if you were asking me today, would you
4   go out there and do this scope of work that's in
5   here now for the pricing that's in here, the answer
6   to that is, yes.  But I would also say in
7   performance of the work, once the slab's cleaned
8   off, once the Sheetrock's taken down, I'm not saying
9   that I wouldn't have to go back and say, hey, here's
10  something that we found or we applied for the
11  building permit, the code official said we've got to
12  do XYZ, then I -- I would estimate that for the
13  policyholder and submit it to the carrier and get
14  that approved.
15       Q    I understand the concept of supplements,
16  and that's what you're describing, isn't it?
17       A    Yes.
18       Q    And, in fact, you said there's a process
19  throughout your report, you used that term, didn't
20  you?
21       A    Yes.
22       Q    And the first part of that process is
23  for -- before you get to the supplement process, the
24  insurance company and the insured or the insurance
25  company and the insured's contractor need to work

D&R REPORTING & VIDEO, INC.
(800)771-1500 / depo@drreporting.com