# EXHIBIT 1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2           FOR THE WESTERN DISTRICT OF OKLAHOMA

 3

 4  PATRICK PETE STOVER, SHERI LYNN     )
    STOVER,                             )
 5                                      )
              Plaintiffs,               )
 6                                      )No.
    vs.                                 )CIV-17-1002-HE
 7                                      )
    STATE FARM FIRE & CASUALTY COMPANY, )
 8  a foreign for-profit insurance      )
    corporation,                        )
 9                                      )
              Defendant.                )
10

11

12

13       VIDEOTAPED DEPOSITION OF MICHAEL BERRYMAN

14          TAKEN ON BEHALF OF THE PLAINTIFFS

15              IN OKLAHOMA CITY, OKLAHOMA

16                  ON AUGUST 31, 2018

17

18

19       REPORTED BY:  KAREN B. JOHNSON, CSR

20

21

22

23

24

25
```

Michael Berryman                                           August 31, 2018

```
                                                              Page 2
 1                   A P P E A R A N C E S

 2

 3   For the Plaintiffs:

 4                         Michael D. McGrew
                           Matthew McGrew
 5                         Michael D. McGrew & Associates
                           400 North Walker, Suite 115
 6                         Oklahoma City, Oklahoma 73102
                           mcgrewslaw@yahoo.com
 7

 8

 9   For the Defendant:

10                         Lance Leffel
                           Gable Gotwals
11                         211 North Robinson
                           One Leadership Square
12                         15th Floor
                           Oklahoma City, Oklahoma 73102
13                         lleffel@gablelaw.com

14

15   Also Present:

16                         Mary McGrew
                           Bruce Rodgers, Videographer
17

18

19

20

21

22

23

24

25
```

Michael Berryman                                    August 31, 2018

Page 15

1   what additional work or task have you done
2   pertaining to either your deposition or the Stover
3   claim in general?
4        A    Well, I'll just -- I'll try to recite
5   everything I can think of.  Of course, I prepared
6   for the deposition, so that means I've gone back
7   through all the documents that I've been given.
8   Since that, since I wrote my report, I think some
9   depositions have been taken that had not been taken
10  before I wrote the report.  So I've -- I've read
11  those once and then I've reviewed them again in
12  preparation for my deposition.
13            I've also done some work looking at the
14  2015 IRC building code.  I have gone back through
15  some historical files that we have as a general
16  contractor to identify three projects where we were
17  involved in the restoration of tornado damaged homes
18  that were damaged and in large degree similar to
19  that of the Stover home.
20       Q    Do you have those files with you?
21       A    Yes.
22       Q    I assume you brought it because you intend
23  to give them to me to look at or something?
24       A    Sure.
25       Q    And I'm going to guess it's to show that

Michael Berryman                                        August 31, 2018

Page 16

1   you went back and got supplements during the
2   process?
3       A    No, I just thought it might be good.  You
4   know, I've said in my report, as you know, that my
5   company has significant experience in tornado damage
6   restoration, and I thought it might be good to put
7   some pictures with some of the things that I said in
8   my report that I believe that the Stover home could
9   be restored, and I wanted to be able to show you and
10  a jury, as well, that there are projects that have
11  significant damage that maybe to a lay person don't
12  appear as though they could be restored when, in
13  fact, they can be and have been.
14      Q    Well, you would agree that because
15  basically homes, residential homes are essentially
16  made out of -- I've heard it said before, sticks and
17  nails, there's no degree of damage that when it's
18  basically building components attached by nails or
19  screws that you couldn't disassemble and reassemble
20  with either similar parts or salvage some of them
21  out of the wreckage site, wouldn't you agree?
22      A    Well, I don't think you can generalize.
23      Q    Well, you certainly could, if there was
24  one wall standing and the rest was into a pile, if
25  one wanted to endeavor, they could go in by hand and

Michael Berryman                                           August 31, 2018

```
                                                    Page 106
 1   sheathing greater than 13,000?
 2        A    Yes.
 3        Q    Now, the wood sheathing, could it have
 4   been that, for instance, one way that wood sheathing
 5   could have been in there is that Mr. Morgan
 6   originally intended to take down the -- I don't
 7   know, the stud walls on the exterior of the home and
 8   that might account for that wood sheathing?
 9        A    No, that wouldn't account for it, because
10   it's a lot more than that, I mean, to me, it looks
11   like it's a -- just like I said here, inadvertently,
12   it's a keystroke error, because -- because the --
13   the degree that the sheathing is overestimated, I
14   would want to check this, but it would pay for that
15   floor on the second floor a number of times.
16        Q    Okay.  But what about the sheathing that
17   goes around the stud walls, for instance?
18        A    According to our calculations, you could
19   put new sheathing all the way around this house and
20   the second floor and you'd still have -- you'd still
21   have sheathing left over considerably, like to the
22   tune of about maybe 7,000 sheathing left over,
23   that's what informs me that it's probably just a,
24   you know, a -- a clerical error, those occur from
25   time to time on -- on both sides, I mean, it's just
```