# PLAINTIFFS' EXHIBIT 2

Tod Heesch                                                    July 27, 2018

                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF OKLAHOMA

1. PATRICK PETE STOVER,            )
2. SHERI LYNN STOVER,              )
     Plaintiffs,                   )
                                   )
                                   ) CIVIL ACTION NO.
VS.                                ) 17-CV-1002-HE
                                   )
1. STATE FARM FIRE AND             )
CASUALTY COMPANY, a foreign        )
for profit insurance               )
corporation,                       )
     Defendant.                    )


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

                    ORAL AND VIDEOTAPED DEPOSITION OF

                                TOD HEESCH

                              JULY 27, 2018

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


     ORAL AND VIDEOTAPED DEPOSITION OF TOD HEESCH,

produced as a witness at the instance of the Plaintiffs,

and duly sworn, was taken in the above-styled and

numbered cause on the 27th day of July, 2018, from

9:59 a.m. to 4:56 p.m., before Trisha Myler, CSR in and

for the State of Texas, reported by machine shorthand,

at Hampton Inn & Suites, 1001 Commerce Street,

Boardroom A, Fort Worth, Texas 76102, pursuant to the

Federal Rules of Civil Procedure and the provisions

stated on the record or attached hereto.


                      D&R REPORTING & VIDEO, INC.
                   (800)771-1500 / depo@drreporting.com

```
                                                              Page 2
 1                       A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS, PATRICK PETE STOVER AND SHERI LYNN
      STOVER:
 4
           Mr. Michael McGrew
 5         Mr. Matthew McGrew
           MICHAEL McGREW AND ASSOCIATES
 6         400 North Walker, Suite 115
           Oklahoma City, Oklahoma 73102
 7         Phone: (405) 235-9909
           Email: mcgrewslaw@yahoo.com
 8

 9    FOR THE DEFENDANT, STATE FARM FIRE AND CASUALTY COMPANY:

10         Mr. Lance Leffel
           GABLEGOTWALS
11         One Leadership Square, 15th Floor
           211 North Robinson
12         Oklahoma City, Oklahoma 73102
           Phone: (405) 235-5582
13         Email: lleffel@gablelaw.com

14
      ALSO PRESENT:
15
           Ms. Christina Bocanegra
16

17

18

19

20

21

22

23

24

25
```

```
                                                            Page 110
 1   decide that it's not tarpable, that's -- that's their
 2   decision.
 3        Q.   (BY MR. MICHAEL McGREW)  Well, I was asking you
 4   that, because you did see the home and you saw --
 5        A.   I don't have an opinion on whether it was able
 6   to be tarped or not.
 7        Q.   Okay.  So you're not going to come to court and
 8   say yea or nay then; you just don't have an opinion?
 9        A.   I don't have an opinion on that.
10        Q.   Okay.  A month after the -- your inspection,
11   you don't know what the condition of the Stovers' home
12   was, do you?
13        A.   Well, I'll just cut to the chase.  I don't know
14   what the Stover's home has looked like since I've been
15   out there.  I've not returned to the property, so I
16   can't give you any opinion on what it looks like since
17   I've been there.
18        Q.   The damage was going to continue as long as
19   rain and wetness continued to be present and intrude
20   into the Stover home, correct?
21             MR. LEFFEL:  Objection.  Form.
22             Go ahead.
23        A.   If the home had openings in the roof that were
24   not covered by tarps or any other methods, then it
25   was -- it's entirely possible that rain would be able to
```