# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. PATRICK PETE STOVER,<br>2. SHERI LYNN STOVER,<br><br>      Plaintiffs,<br><br>v.<br><br>1. STATE FARM FIRE AND CASUALTY<br>   COMPANY, a foreign for profit insurance<br>   corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 17-cv-1002-D<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Comes Now the Plaintiffs, Patrick Pete Stover and Sheri Lynn Stover, by and through their counsel of record, who hereby give notice to the court that the parties have reached a settlement of the above captioned matter. At this time, the parties are in the process of exchanging settlement release documents and drafts. The parties hereby request that any scheduled court appearances and deadlines be stricken. The Plaintiffs and Defendant anticipate that a final dismissal will be filed within thirty days.

Respectfully submitted this 13th day of December, 2018.

-2-

By: /s/Michael McGrew
Michael D. McGrew, OBA # 13167
McGrew, McGrew & Associates
400 N. Walker Ave., #115
Oklahoma City, OK 73102
Telephone: (405) 235-9909
Facsimile: (405) 235-9929
E-Mail:    mcgrewslaw@yahoo.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2018, I electronically transmitted the attached document, Notice of Settlement to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jeffrey A. Curran
Lance Leffel
Jace White
John M. "Jake" Krattiger,
**GableGotwals**
One Leadership Square 15th floor
211 N. Robinson
Oklahoma City, OK 73102

**COUNSEL FOR DEFENDANT**

s/Michael D. McGrew
Michael D. McGrew
