# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. PATRICK PETE STOVER,<br>2. SHERI LYNN STOVER,<br><br>      Plaintiffs,<br><br>v.<br><br>1.  STATE FARM FIRE AND CASUALTY<br>    COMPANY, a foreign for profit insurance<br>    corporation,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 17-cv-1002-D<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Patrick Pete Stover and Sheri Lynn Stover, and Defendant, State Farm Fire & Casualty Company, hereby stipulate to the dismissal of the above entitled action with prejudice to the refiling thereof.  Each side is to bear its own costs and fees.

                                            By   s/ Michael D. McGrew
                                            Michael D. McGrew, OBA #013167
                                            McGrew, McGrew & Associates
                                            400 N. Walker, Suite 115
                                            Oklahoma City, OK 73102
                                            Telephone:  (405) 235-9909
                                            Facsimile:   (405) 235-9929
                                            mcgrewslaw@yahoo.com
                                            **COUNSEL FOR PLAINTIFF**

By s/ Lance E. Leffel
Lance E. Leffel, OBA #19511
GableGotwals
One Leadership Square, Suite 1500
211 North Robinson Avenue
Oklahoma City, OK 73102
(405) 235-5500 | (405)235-5537 (fax)
lleffel@gablelaw.com
**ATTORNEYS FOR DEFENDANT**